DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
ASHLEY M. FERREL, ESQ.
Nevada Bar No. 12207
SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
Telephone (702) 364-1650
(702) 364-1655 fax
lawyers@simonlawlv.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHERRIE BELL and ROBBIN EIDSON; Husband and Wife;<br><br>Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION d/b/a TARGET STORE T-0826; DOE EMPLOYEE; DOES II through V and ROE CORPORATIONS VI through X, inclusive<br><br>Defendants. | CASE NO. 2:14-cv-01795-RFB-VCF<br><br>**ORDER REMANDING CASE TO STATE COURT** |

Defendants filed a Motion to Dismiss [Dkt. No.2] and Plaintiffs filed a Motion to Amend/Correct Complaint [Dkt. No. 17]. The Court heard argument on both Motions and Plaintiffs' counsel made an oral Motion to Remand, on September 14, 2015.

///
///
///
///
///
///

**IT IS SO ORDERED** that Plaintiffs' oral Motion to Remand is GRANTED. This case is REMANDED to the Eighth Judicial District Court, Clark County, Nevada.

DATED THIS 26th day of October, 2015.

_____
RICHARD F. BOULWARE, II.
UNITED STATES DISTRICT JUDGE

Submitted By:

_____
DANIEL S. SIMON, ESQ.
Nevada Bar No. 4750
ASHLEY M. FERREL, ESQ.
Nevada Bar No. 12207
SIMON LAW
810 S. Casino Center Blvd.
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

Approved as to Form and Content:

_____
KYM S. CUSHING, ESQ.
Nevada Bar No. 4242
DOUGLAS M. ROWAN, ESQ.
Nevada Bar No. 4736
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP.
300 S. Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*
(Sent for review on 9/17/15)

Page 2